| **Earnings Statement** | | | | | **ALAN MURRAY** |
|---|---|---|---|---|---|

Period Ending: 08/03/2008    Company: 01857 - EXTRAORDINAIR AVIATION AND CHARTER

Pay Date: 08/08/2008    Emp #: ALMU    Dept: 204000 - Texas Driver    Fed: S/3   State: M/3

| **Earnings** | Rate | Hours | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 10.10 | 80.00 | 807.69 | 3,149.99 |
| Holiday Hours | | | 0.00 | 80.77 |
| | Gross Pay | 80.00 | 807.69 | 3,230.76 |
| **W/H Taxes** | | | | |
| Federal W/H | | | 30.58 | 122.32 |
| Medicare | | | 11.71 | 46.84 |
| Social Security | | | 50.08 | 200.32 |
| New York State W/H | | | 16.68 | 66.72 |
| **Deductions** | | | | |
| None | | | 0.00 | 0.00 |
| | Net Pay | | 698.64 | 2,794.56 |

Voucher No.: 721

**Net Pay Distribution**

| Direct Deposit Net Check | | | 698.64 | 2,794.56 A/C:2264 |
|---|---|---|---|---|

PAYCOM

| **Earnings Statement** | | | | | **ALAN MURRAY** |
|---|---|---|---|---|---|
| Period Ending: 08/17/2008 | Company: 01857 - EXTRAORDINAIR AVIATION AND CHARTER | | | | |
| Pay Date: 08/22/2008 | Emp #: ALMU | Dept: 204000 - Texas Driver | | | Fed: S/3   State: M/3 |

| **Earnings** | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | 10.10 | 80.00 | 807.69 | 3,957.68 | |
| Holiday Hours | | | 0.00 | 80.77 | |
| | **Gross Pay** | 80.00 | 807.69 | 4,038.45 | |
| **W/H Taxes** | | | | | |
| Federal W/H | | | 30.58 | 152.90 | |
| Medicare | | | 11.71 | 58.55 | |
| Social Security | | | 50.08 | 250.40 | |
| New York State W/H | | | 16.68 | 83.40 | |
| **Deductions** | | | | | |
| None | | | 0.00 | 0.00 | |
| | **Net Pay** | | 698.64 | 3,493.20 | Voucher No.: 749 |
| **Net Pay Distribution** | | | | | |
| Direct Deposit Net Check | | | 698.64 | 3,493.20 | A/C:2264 |

PAYCOM

---

23-2/1020                                                                 749

EXTRAORDINAIR AVIATION AND CHARTER
4120 JACKSON ST
DENVER, CO 80216

US BANK
P.O. Box 5168
Denver, CO 802

**This is not a check**

Dept: 204000                                                 DATE: **08/22/2008**

**This is not a check**                                                   $698.64

Deposit **Six Hundred Ninety Eight And 64/100 Dollars**

To the
order
of:   ALAN MURRAY
      409 44TH STREET
      COPAIGUE, NY   11726

**This is not a check**

**Direct Deposit Voucher**

**NON-NEGOTIABLE**

MP

| **Earnings Statement** | | | | | **ALAN MURRAY** |
|---|---|---|---|---|---|
| Period Ending: 08/31/2008 | Company: 01857 - EXTRAORDINAIR AVIATION AND CHARTER | | | | |
| Pay Date: 09/05/2008 | Emp #: ALMU    Dept: 204000 - Texas Driver | | | | Fed: S/3   State: M/3 |

| **Earnings** | Rate | Hours | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 10.10 | 80.00 | 807.69 | 4,765.37 |
| Holiday Hours | | | 0.00 | 80.77 |
| | **Gross Pay** | 80.00 | 807.69 | 4,846.14 |

| **W/H Taxes** | | | | |
|---|---|---|---|---|
| Federal W/H | | | 30.58 | 183.48 |
| Medicare | | | 11.71 | 70.26 |
| Social Security | | | 50.08 | 300.48 |
| New York State W/H | | | 16.68 | 100.08 |

| **Deductions** | | | | |
|---|---|---|---|---|
| None | | | 0.00 | 0.00 |
| | **Net Pay** | | 698.64 | 4,191.84 |

Voucher No.: 777

| **Net Pay Distribution** | | | | |
|---|---|---|---|---|
| Direct Deposit Net Check | | | 648.64 | 4,141.84 A/C:7940 |
| Direct Dep. Distributon 1 | | | 50.00 | 50.00 A/C:2264 |

PAYCOM

| **Earnings Statement** | | | | | | **ALAN MURRAY** |
|---|---|---|---|---|---|---|
| Period Ending: 09/14/2008 | Company: 01857 - EXTRAORDINAIR AVIATION AND CHARTER | | | | | |
| Pay Date: 09/19/2008 | Emp #: ALMU | Dept: 204000 - Texas Driver | | | Fed: S/3 | State: M/3 |

| **Earnings** | Rate | Hours | Current Period | Year to Date | | |
|---|---|---|---|---|---|---|
| Regular | 10.10 | 72.00 | 726.92 | 5,492.29 | | |
| Employer HSA Bonus | | | 14.43 | 14.43 | | |
| Holiday Hours | 10.10 | 8.00 | 80.77 | 161.54 | | |
| Phone | | | 57.23 | 57.23 | | |
| | Gross Pay | 80.00 | 879.35 | 5,725.49 | | |
| **W/H Taxes** | | | | | | |
| Federal W/H | | | 31.99 | 215.47 | | |
| Medicare | | | 11.85 | 82.11 | | |
| Social Security | | | 50.66 | 351.14 | | |
| New York State W/H | | | 17.10 | 117.18 | | |
| **Deductions** | | | | | | |
| Dental pretax | | | 1.85 | 1.85 | | |
| Employee HSA--pretax | | | 20.00 | 20.00 | | |
| Employer HSA Bonus--pretax | | | 14.43 | 14.43 | | |
| Medical--pretax | | | 11.54 | 11.54 | | |
| | Net Pay | | 719.93 | 4,911.77 | Voucher No.: 805 | |
| **Net Pay Distribution** | | | | | | |
| Direct Deposit Net Check | | | 669.93 | 4,811.77 A/C:7940 | | |
| Direct Dep. Distributon 1 | | | 50.00 | 100.00 A/C:2264 | | |
| **Employee Benefits** | | | | | YTD Taken | Available |
| Paid Time Off Hours | | | 4.62 | 4.62 | 0.00 | 4.62 |

PAYCOM

**Earnings Statement** **ALAN MURRAY**

Period Ending: 09/28/2008  Company: 01857 - EXTRAORDINAIR AVIATION AND CHARTER
  Pay Date: 10/03/2008  Emp #: ALMU   Dept: 204000 - Texas Driver   Fed: S/3  State: M/3

| Earnings | Rate | Hours | Current Period | Year to Date |
|---|---|---|---|---|
| Regular | 10.10 | 80.00 | 807.69 | 6,299.98 |
| Employer HSA Bonus | | | 28.85 | 43.28 |
| Holiday Hours | | | 0.00 | 161.54 |
| Phone | | | 9.23 | 66.46 |
| **Gross Pay** | | 80.00 | 845.77 | 6,571.26 |

**W/H Taxes**

| | | | | |
|---|---|---|---|---|
| Federal W/H | | | 21.55 | 237.02 |
| Medicare | | | 10.46 | 92.57 |
| Social Security | | | 44.72 | 395.86 |
| New York State W/H | | | 12.79 | 129.97 |

**Deductions**

| | | | | |
|---|---|---|---|---|
| Dental pretax | | | 3.69 | 5.54 |
| Employee HSA--pretax | | | 40.00 | 60.00 |
| Employer HSA Bonus--pretax | | | 28.85 | 43.28 |
| Medical--pretax | | | 23.08 | 34.62 |
| **Net Pay** | | | 660.63 | 5,572.40 |

Check No.: 10116

**Net Pay Distribution**

| | | | |
|---|---|---|---|
| Payroll Net Check | | 660.63 | 5,472.40 |
| Direct Dep. Distribution 1 | | 0.00 | 100.00 A/C: |

| Employee Benefits | | | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off Hours | | 4.62 | 9.24 | 0.00 | 9.24 |

PAYCOM

| **Earnings Statement** | | | | | | **ALAN MURRAY** |
|---|---|---|---|---|---|---|
| Period Ending: 10/12/2008 | Company: 01857 - EXTRAORDINAIR AVIATION AND CHARTER | | | | | |
| Pay Date: 10/17/2008 | Emp #: ALMU | Dept: 204000 - Texas Driver | | | Fed: S/3 | State: M/3 |

| **Earnings** | Rate | Hours | Current Period | Year to Date | |
|---|---|---|---|---|---|
| Regular | 10.10 | 80.00 | 807.69 | 7,107.67 | |
| Employer HSA Bonus | | | 28.85 | 72.13 | |
| Holiday Hours | | | 0.00 | 161.54 | |
| Phone | | | 9.23 | 75.69 | |
| Dis Insurance | | | 5.25 | 5.25 | In/Out |
| | Gross Pay | 80.00 | 851.02 | 7,422.28 | |

| **W/H Taxes** | | | |
|---|---|---|---|
| Federal W/H | | 22.08 | 259.10 |
| Medicare | | 10.53 | 103.10 |
| Social Security | | 45.05 | 440.91 |
| New York State W/H | | 13.03 | 143.00 |

| **Deductions** | | | |
|---|---|---|---|
| Dental pretax | | 3.69 | 9.23 |
| Employee HSA--pretax | | 40.00 | 100.00 |
| Employer HSA Bonus--pretax | | 28.85 | 72.13 |
| Medical--pretax | | 23.08 | 57.70 |
| Net Pay | | 659.46 | 6,231.86 |

Voucher No.: 861

| **Net Pay Distribution** | | | |
|---|---|---|---|
| Direct Deposit Net Check | | 659.46 | 6,131.86 A/C:5568 |
| Direct Dep. Distribution 1 | | 0.00 | 100.00 A/C: |

| **Employee Benefits** | | | YTD Taken | Available |
|---|---|---|---|---|
| Paid Time Off Hours | | 4.62 | 13.86 | 0.00 | 13.86 |